1  BENJAMIN B. WAGNER
   United States Attorney
2  PATRICK R. DELAHUNTY
   Assistant U.S. Attorneys
3  4401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 497-4000



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.  1:15-MJ-00014 GSA |
|---|---|
| Plaintiff, | ) MOTION AND ORDER [PROPOSED] |
| v. | ) TO UNSEAL INDICTMENT |
| KENNETH SMITH, | ) |
| Defendant. | ) |

The Indictment in this case, having been sealed by Order of the Court of Northern District of Illinois no longer need to remain sealed, to the extent any portion of the indictment has not been unsealed previously.

The United States of America, by and through Benjamin B. Wagner, United States Attorney, Patrick R. Delahunty, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

Dated:  February 2, 2015                BENJAMIN B. WAGNER
                                        UNITED STATES ATTORNEY

                                  BY:   /s/ Patrick R. Delahunty
                                        PATRICK R. DELAHUNTYA
                                        Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:15-MJ-00014 GSA |
| | ) | |
| Plaintiff, | ) | ORDER TO UNSEAL INDICTMENT |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH SMITH, | ) | |
| | ) | |
| Defendant | ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment be unsealed.

DATED: February 2, 2015

_____
GARY S. AUSTIN
U.S. MAGISTRATE JUDGE

2